**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ELIZABETH P. COOK** **PLAINTIFF**

**V.** **No. 3:26-CV-00095-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner** **DEFENDANT**

**JUDGMENT**

Consistent with today's Order, this case is DISMISSED with prejudice. Judgment is entered in favor of Defendant.

Dated 9 November 2026.

UNITED STATES MAGISTRATE JUDGE